UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
HART III, DONN C § Case No. 10-38352 KRH
HOWARD-HART, BRANDY L §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SHERMAN B. LUBMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/SHERMAN B. LUBMAN, TRUSTEE_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto (T) 3905 N. Dallas Pkwy Plano, TX 75093 | | | | | |
| | Capital One Auto 3905 N. Dallas Pkwy Plano, TX 75093 | | | | | |
| | Chase Home Finance PO Box 183166 Columbus OH 43218 | | | | | |
| | Citimortgage, Inc. PO Box 9438 Gaithersburg, MD 20898 Wittstadt Title & Escrow Co LLC 22375 Broderick Drive, Ste. 210 Dulles, VA 20166 | | | | | |
| | Ocean Resort Villas Master Assoc PO Box 30510 Honolulu, HI 96820 | | | | | |
| | Starwood Vacation 9002 San Marco Court Orlando, FL 32819 | | | | | |
| | Suntrust Bank PO Box 305053 Nashville, TN 37230 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHERMAN B. LUBMAN, TRUSTEE | | | | | |
| SHERMAN B. LUBMAN, TRUSTEE | | | | | |
| INSUARANCE PARTNERS AGENCY, INC. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| VIRGINIA HERITAGE BANK | | | | | |
| VIRGINIA HERITAGE BANK | | | | | |
| VIRGINIA HERITAGE BANK | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| KEVIN A. LAKE, ESQUIRE | | | | | |
| KEVIN A. LAKE | | | | | |
| KEVIN A. LAKE, ESQUIRE | | | | | |
| KEVIN A. LAKE | | | | | |
| KEVIN A. LAKE, ESQUIRE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MOTLEY'S AUCTION & REALTY GROUP | | | | | |
| MOTLEY'S AUCTION & REALTY GROUP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caroline County Treasurer's Office PO Box 431 Bowling Green, VA 22427 | | | | | |
| | Caroline County Treasurer's Office PO Box 431 Bowling Green, VA 22427 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caroline County Treasurer's Office PO Box 431 Bowling Green, VA 22427 | | | | | |
| | IRS - Department of the Treasurery Philadelphia, PA 19154 Internal Revenue Service Kansas City, MO 64999 | | | | | |
| 000014 | COMMONWEALTH OF VIRGINIA | | | | | |
| 000003 | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington DE 19850 | | | | | |
| | Bank of America PO Box 15026 Wilmington DE 19850 Bank of America PO Box 15019 Wilmington DE 19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bloomingdales Dept Stores Natl Bank PO Box 8053 Mason OH 45040 Bloomingdales PO Box 183083 Columbus OH 43218 | | | | | |
| | Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington DE 19850 Chase Cardmember Service PO Box 15153 Wilmington DE 19886 | | | | | |
| | Chase PO Box 15298 Wilmington DE 19850 Chase Cardmember Services PO Box 15153 Wilmington DE 19886 | | | | | |
| | Citibank 100 Citibank Drive San Antonio, TX 78245 Citibank PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Farm Plan PO Box 5328 Madison, WI 53705 Farm Plan PO Box 4450 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fredericksburg Credit Bureau 10506 Wakeman Drive Fredericksburg, VA 22407 | | | | | |
| | Home Depot Credit Services PO Box 653000 Dallas, TX 75265 | | | | | |
| | Home Depot Credit Services PO Box 653000 Dallas, TX 75265 | | | | | |
| | MACY'S Department Stores National B PO Box 8053 Mason OH 45040 | | | | | |
| | Neiman Marcus P.O. BOX 650589 Dallas, TX 75265-0589 HSBC/Neiman Marcus PO Box 15221 Wilmington, DE 19850 | | | | | |
| | Nordstrom Bank PO Box 6555 Englewood, CO 80155 | | | | | |
| | Saks Fifth Avenue PO Box 10327 Jackson, MS 39289 | | | | | |
| | THD/CBSD PO Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target National Bank PO Box 1581 Minneapolis, MN 55440 Target National Bank PO Box 660170 Dallas, TX 75266 | | | | | |
| | Tractor Supply Co. PO Box 653054 Dallas TX 75265 Tractor Supply Co. Processing Center Des Moines, IA 50364 | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000015 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000016 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000017 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000014A | COMMONWEALTH OF VIRGINIA | | | | | |
| 000012 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000010 | HSBC BANK NEVADA, N.A. | | | | | |
| 000011 | HSBC BANK NEVADA, N.A. | | | | | |
| 000003A | IRS | | | | | |
| 000013 | JOHN DEERE FINANCIAL, F.S.B. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-38352 KRH   Judge: KEVIN R. HUENNEKENS | Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | HART III, DONN C | Date Filed (f) or Converted (c): | 12/06/10 (f) |
| | HOWARD-HART, BRANDY L | 341(a) Meeting Date: | 01/11/11 |
| For Period Ending: | 06/30/13 | Claims Bar Date: | 04/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19013 COUNTRY ROAD BEAVERTON, VA 23015 | 689,100.00 | 0.00 | OA | 0.00 | FA |
| 2. 19017 COUNTRY ROAD BEAVERDAM, VA 23015 | 280,900.00 | 0.00 | OA | 0.00 | FA |
| 3. TIMESHARE - STARWOOD (MAY HAVE BEEN FORECLOSED VIA | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 4. CASH ON HAND     SEE ASSET NO. 28 - THIS IS PART OF THE CASH THAT IS SHOWN IN THE AMENDED SCHEDULES BRINGING THE TOTAL CASH TO BE $9,350.00. | 150.00 | 0.00 | OA | 0.00 | FA |
| 5. BANK OF AMERICA CHECKING ... 3504 | 1,571.00 | 0.00 | OA | 0.00 | FA |
| 6. BANK OF AMERICA SAVINGS ... 3520 | 82.00 | 0.00 | OA | 0.00 | FA |
| 7. CAPITALONE CHECKING ... 9360 | 500.00 | 0.00 | OA | 0.00 | FA |
| 8. SUNTRUST CHECKING ... 8686 | 1.00 | 0.00 | OA | 0.00 | FA |
| 9. SECURITY DEPOSIT | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 10. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING: A DINI | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 11. HUSBAND'S WARDROBE | 500.00 | 0.00 | OA | 0.00 | FA |
| 12. WIFE'S PROFESSIONAL WARDROBE | 750.00 | 0.00 | OA | 0.00 | FA |
| 13. DIAMOND EARRINGS AND OTHER JEWELRY | 500.00 | 450.00 | | 500.00 | FA |
| 14. LADIES ROLEX WATCH     SEE ASSET N0.13. | 2,000.00 | 1,950.00 | | 1,950.00 | FA |
| 15. MAN'S ROLEX WATCH | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 16. MAN'S TAG HEUER WATCH | 400.00 | 350.00 | | 860.00 | FA |
| 17. WEDDING AND ENGAGEMENT RINGS | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 18. KELTEC .380 PISTOL | 200.00 | 150.00 | OA | 0.00 | FA |
| 19. REMINGTON 12 GA. SHOTGUN | 300.00 | 250.00 | OA | 0.00 | FA |
| 20. RUGER MINI-14 RIFLE | 300.00 | 250.00 | OA | 0.00 | FA |
| 21. 2005 GMC YUKON     NEED LIEN DOCUMENTS. | 15,190.00 | 0.00 | OA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-38352 | KRH | Judge: KEVIN R. HUENNEKENS | Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HART III, DONN C | | | Date Filed (f) or Converted (c): | 12/06/10 (f) |
| | HOWARD-HART, BRANDY L | | | 341(a) Meeting Date: | 01/11/11 |
| | | | | Claims Bar Date: | 04/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 22. 2006 TOYOTA SIENNA | 6,500.00 | 4,939.00 | OA | 0.00 | FA |
| 23. 2010 FEDERAL INCOME TAX REFUND | 1.00 | 0.00 | OA | 0.00 | FA |
| 24. 2010 STATE INCOME TAX REFUND | 1.00 | 0.00 | OA | 0.00 | FA |
| 25. 3 LAPTOP COMPUTERS | 450.00 | 400.00 | OA | 0.00 | FA |
| 26. 5X10 UTILITY TRAILER | 500.00 | 300.00 | OA | 0.00 | FA |
| 27. TOOLS, INCLUDING TABLE SAW WITH STAND, MITRE BOX S | 1,500.00 | 1,000.00 | OA | 0.00 | FA |
| 28. MONEY PAID TO SISTER (u) | 9,200.00 | 9,200.00 | | 6,500.00 | FA |
| 29. STOCK - HART CONSTRUCTION SERVICE (u) | 1.00 | 1.00 | OA | 0.00 | FA |
| 30. STOCK - HART CONTRACTING, INC. (u) | 1.00 | 1.00 | OA | 0.00 | FA |
| 31. HEMPERLY & HART (u) | 1.00 | 1.00 | OA | 0.00 | FA |
| 32. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |
| 33. POSSIBLE PREFERENCE V. AMERICAN EXPRESS CO. (u) | 5,532.00 | 5,532.00 | | 2,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,032,131.00 | $24,774.00 | | $12,310.10 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NOTES:  JULY 1, 2011  -  JUNE 30, 2012

THINGS DONE:

*.  1/14/12, TRUSTEE DECLARED THE CASE TO BE AN ASSET CASE.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-38352    KRH    Judge: KEVIN R. HUENNEKENS | Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE |
| Case Name: | HART III, DONN C | Date Filed (f) or Converted (c): | 12/06/10 (f) |
| | HOWARD-HART, BRANDY L | 341(a) Meeting Date: | 01/11/11 |
| | | Claims Bar Date: | 04/13/12 |

\*. 1/24/12, KEVIN LAKE, ATTORNEY, APPOINTED ATTORNEY FOR THE TRUSTEE BY COURT ORDER. HE WAS EMPLOYED TO PURSUE A FRAUDULENT TRANSFER OF MONEY BY THE DEBTOR TO HIS SISTER PRIOR TO HIS FILING OF HIS PETITION IN BANKRUPTCY.

\*. $6,500.00 PAID BY THE DEBTOR TO THE TRUSTEE AS A COMPROMISE OF THE TRUSTEE'S CLAIM AGAINST HIM FOR TRANSFERRING $9,200.00 TO HIS SISTER PRIOR TO HIS FILING BANKRUPTCY.

\*. ALL NON-EXEMPT JEWELRY TURNED OVER TO THE TRUSTEE BY THE DEBTOR WAS TURNED OVER TO KEVIN LAKE, ATTORNEY FOR THE TRUSTEE AS HE HAS A SOURCE THAT WILL ATTEMPT TO LIQUIDATE THE JEWELRY FOR THE BENEFIT OF THIS BANKRUPTCY ESTATE.

THINGS TO BE DONE:

\*. KEVIN LAKE WILL FILE A MOTION WITH THE COURT TO APPROVE THE COMPROMISE OF THE TRUSTEE'S CLAIM FOR TRANSFERRING FUNDS TO HIS SISTER PRIOR TO BANKRUTPCY.

\*. THE JEWELRY TURNED OVER TO KEVIN LAKE IS TO BE LIQUIDATED. THE LIQUIDATOR WILL HAVE TO APPOINTED BY THE COURT.

\*. CLAIMS WILL BE CHECKED.

Initial Projected Date of Final Report (TFR): 10/31/12      Current Projected Date of Final Report (TFR): 10/31/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38352 -KRH | Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | HART III, DONN C | Bank Name: | VIRGINIA HERITAGE BANK |
| | HOWARD-HART, BRANDY L | Account Number / CD #: | 2040009736  Checking - Non Interest |
| Taxpayer ID No: | *******0002 | | |
| For Period Ending: | 06/30/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 6,486.81 | | 6,486.81 |
| 11/27/12 | 001001 | KEVIN A. LAKE, ESQUIRE | ATTORNEY COMPENSATION | 3210-000 | | 2,346.00 | 4,140.81 |
| | | 5516 FALMOUTH ST., SUITE 108 | PAID PER ORDER 11/19/12. | | | | |
| | | RICHMOND, VA 23230 | | | | | |
| 11/27/12 | 001002 | KEVIN A. LAKE, ESQUIRE | ATTORNEY EXPENSES | 3220-000 | | 60.00 | 4,080.81 |
| | | 5516 FALMOUTH ST., SUITE 108 | PAID PER ORDER 11/19/12. | | | | |
| | | RICHMOND, VA 23230 | | | | | |
| 12/20/12 | | MOTLEY'S AUCITON & REALTY GROUP | SALE OF JEWELRY. | | 3,310.00 | | 7,390.81 |
| | | D/B/A/ RICHMOND AUTO ACUTION | | | | | |
| | | 3800 DEEPWATER TERMINAL ROAD | | | | | |
| | | RICHMOND, VA 23234 | | | | | |
| | 13 | | Memo Amount:  500.00 | 1129-000 | | | |
| | 14 | AUCTION BUYER | Memo Amount:  1,950.00 | 1129-000 | | | |
| | 16 | AUCTION BUYER | Memo Amount:  860.00 | 1129-000 | | | |
| 01/02/13 | 001003 | MOTLEY'S AUCTION & REALTY GROUP | AUCTIONEER FEES | 3610-000 | | 827.50 | 6,563.31 |
| | | 3600 Deepwater Terminal Road | PAID PER ORDER 11/20/12. | | | | |
| | | Richmond, VA 23234 | | | | | |
| 01/02/13 | 001004 | MOTLEY'S AUCTION & REALTY GROUP | AUCTIONEER EXPENSES | 3620-000 | | 22.50 | 6,540.81 |
| | | 3600 Deepwater Terminal Road | PAID PER ORDER 11/20/12. | | | | |
| | | Richmond, VA 23234 | | | | | |
| 02/07/13 | 33 | SHERMAN B. LUBMAN, TRUSTEE | FROM TILLEY'S LANDSCAPING ERRONEOUS DEPOSIT. | 1241-000 | 2,500.00 | | 9,040.81 |
| 02/07/13 | | Virginia Heritage Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,030.81 |
| 03/07/13 | | VIRGINIA HERITAGE BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,020.81 |
| 03/12/13 | 001005 | Insuarance Partners Agency, Inc. | Chapter 7 Blanket Bond Premium | 2300-000 | | 8.94 | 9,011.87 |
| | | 26865 Center Ridge Road | | | | | |
| | | Westlake, Ohio 44145 | | | | | |
| 03/12/13 | 001006 | KEVIN A. LAKE. ESQUIRE | ATTORNEY COMPENSATION | 3210-000 | | 1,196.00 | 7,815.87 |
| | | | | Page Subtotals | 12,296.81 | 4,480.94 | |

Ver: 17.02f

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38352 -KRH | Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | HART III, DONN C | Bank Name: | VIRGINIA HERITAGE BANK |
| | HOWARD-HART, BRANDY L | Account Number / CD #: | 2040009736  Checking - Non Interest |
| Taxpayer ID No: | *******0002 | | |
| For Period Ending: | 06/30/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/12/13 | 001007 | 5516 FALMOUTH STREET, SUITE 108 RICHMOND, VA 23230 KEVIN A. LAKE. ESQUIRE | PAID PER ORDER 3/8/13. ATTORNEY COMPENSATION | 3120-000 | | 52.35 | 7,763.52 |
| 04/05/13 | | 5516 FALMOUTH STREET, SUITE 108 RICHMOND, VA 23230 VIRGINIA HERITAGE BANK | PAID PER ORDER 3/8/13. BANK SERVICE FEE | 2600-000 | | 10.00 | 7,753.52 |
| 05/21/13 | 001008 | SHERMAN B. LUBMAN, TRUSTEE P.O. BOX 5757 GLEN ALLEN, VA  23058-5757 | Chapter 7 Compensation/Expense | | | 2,063.45 | 5,690.07 |
| | | | Fees            1,981.01 | 2100-000 | | | |
| | | | Expenses            82.44 | 2200-000 | | | |
| 05/21/13 | 001009 | CLERK, U.S. BANKRUPTCY COURT 701 EAST BROAD STREET, SUITE 4000 RICHMOND, VA 23219 | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 5,397.07 |
| 05/21/13 | 001010 | IRS PO Box 7346 Philadelphia, PA 19101-7346 | Claim 000003, Payment 2.345% | 5800-000 | | 4,248.63 | 1,148.44 |
| 05/21/13 | 001011 | Commonwealth of Virginia Department of Taxation P.O. Box 2156 Richmond, VA 23218 | Claim 000014, Payment 2.345% | 5800-000 | | 1,148.44 | 0.00 |

Page Subtotals    0.00    7,815.87

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38352 -KRH | | Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HART III, DONN C | | Bank Name: | VIRGINIA HERITAGE BANK |
| | HOWARD-HART, BRANDY L | | Account Number / CD #: | 2040009736  Checking - Non Interest |
| Taxpayer ID No: | *******0002 | | | |
| For Period Ending: | 06/30/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Memo Allocation Receipts: | 3,310.00 | COLUMN TOTALS | | 12,296.81 | 12,296.81 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 6,486.81 | 0.00 | |
| | | | | Subtotal | | 5,810.00 | 12,296.81 | |
| | | Memo Allocation Net: | 3,310.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 5,810.00 | 12,296.81 | |

Page Subtotals        0.00              0.00

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38352 -KRH | | Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HART III, DONN C | | Bank Name: | BANK OF AMERICA |
| | HOWARD-HART, BRANDY L | | Account Number / CD #: | 4437788357  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0002 | | | |
| For Period Ending: | 06/30/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/12 | 28 | DONN C HART III<br>11923 SAWHILL BLVD<br>SPOTSYLVANIA, VA  22553 | REFUND OF PAYMENT TO SISTER. | 1229-000 | 2,000.00 | | 2,000.00 |
| 03/29/12 | 28 | DONN C HART III<br>11923 SAWHILL BLVD<br>SPOTSYLVANIA, VA  22553 | REPAYMENT OF MONEY PAID TO SISTER. | 1229-000 | 4,500.00 | | 6,500.00 |
| 03/30/12 | 32 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 6,500.01 |
| 04/30/12 | 32 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,500.06 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.70 | 6,492.36 |
| 05/22/12 | 32 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 6,492.40 |
| 05/22/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 5.59 | 6,486.81 |
| 05/22/12 | | Trsf To VIRGINIA HERITAGE BANK | FINAL TRANSFER | 9999-000 | | 6,486.81 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 6,500.10 | 6,500.10 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 6,486.81 | |
| | | Subtotal | 6,500.10 | 13.29 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 6,500.10 | 13.29 | |

Page Subtotals    6,500.10    6,500.10

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 18)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-38352 -KRH | |
| Case Name: | HART III, DONN C | |
| | HOWARD-HART, BRANDY L | |
| Taxpayer ID No: | *******0002 | |
| For Period Ending: | 06/30/13 | |

| | | |
|---|---|---|
| Trustee Name: | SHERMAN B. LUBMAN, TRUSTEE | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | 4437788360  Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 2,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 3,310.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - 2040009736 | 5,810.00 | 12,296.81 | 0.00 |
| | | Money Market Account (Interest Earn - 4437788357 | 6,500.10 | 13.29 | 0.00 |
| Total Memo Allocation Net: | 3,310.00 | Money Market - Interest Bearing - 4437788360 | 0.00 | 0.00 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 12,310.10 | 12,310.10 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*